| | | | |
|---|---|---|---|
| | AUSA: Kathryn Boyles | Telephone: (313) 226-9556 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Scott Hall | Telephone: (313) 218-0396 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Carlos Andres AGUINAGA-GUERRERO

Case No. 2:25-mj-30316
Judge: Unassigned,
Filed: 05-14-2025 At 02:54 PM
CMP USA V. CARLOS ANDRES AGUINAGA-GUERRERO (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 5, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 5, 2025, in the Eastern District of Michigan, Southern Division, Carlos Andres AGUINAGA-GUERRERO, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed there from on or about May 17, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Scott Hall, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 14, 2025

City and state: Detroit, MI

_Judge's signature_

Elizabeth Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Scott Hall, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE as a Deportation Officer since February 29, 2009. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Carlos Andres AGUINAGA-GUERRERO, which reveal the following:

2. Carlos Andres AGUINAGA-GUERRERO is a thirty-nine-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On February 8, 2007, ICE ERO Deportation Officers encountered AGUINAGA-GUERRERO illegally present in the United States at or near Ann Arbor, Michigan and served him Form I-862, Notice to Appear, for removal proceedings.

4. On April 24, 2007, an immigration judge in El Paso, Texas ordered AGUINAGA-GUERRERO removed from the United States to Mexico. On April 25, 2007, AGUINAGA-GUERRERO was removed from the United States to Mexico via El Paso, Texas.

5. On December 9, 2007, the United States Border Patrol (USBP) encountered AGUINAGA-GUERRERO illegally present in the United States at or near Ajo, Arizona and served him Form I-860, Notice and Order of Expedited Removal.

6. On December 9, 2007, AGUINAGA-GUERRERO was removed back to Mexico via Nogales, Arizona.

7. On November 26, 2011, USBP encountered AGUINAGA-GUERRERO illegally present in the United States at or near Naco, Arizona and served him Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal.

8. On November 27, 2011, AGUINAGA-GUERRERO was removed back to Mexico via Calexico, California.

9. On February 18, 2014, USBP encountered AGUINAGA-GUERRERO illegally present in the United States at or near Laredo, Texas and served him Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal.

10. On February 19, 2014, AGUINAGA-GUERRERO was removed to Mexico via Laredo, Texas.

11. On May 28, 2019, ICE ERO Deportation Officers encountered AGUINAGA-GUERRERO illegally present in the United States at or near Livonia, Michigan and served him Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal.

12. AGUINAGA-GUERRERO was prosecuted in the United States District Court for the Eastern District of Michigan, for the offense of Unlawful Reentry Following Removal, in violation of 8 U.S.C. § 1326(a). On August 7, 2019, he was sentenced to time served (about 63 days' imprisonment).

13. On August 20, 2019, AGUINAGA-GUERRERO was removed to Mexico via Brownsville, Texas.

14. On November 22, 2023, USBP encountered AGUINAGA-GUERRERO illegally present in the United States at or near Laredo, Texas and served him Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal.

15. On November 22, 2023, AGUINAGA-GUERRERO was removed to Mexico via Laredo, Texas.

16. On December 11, 2023, USBP encountered AGUINAGA-GUERRERO illegally present in the United States at or near El Paso, Texas and served him Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal.

17. AGUINAGA-GUERRERO was prosecuted in the United States District Court for the Western District of Texas, for Unlawful Reentry Following Removal from the United States, in violation of 8 U.S.C. §§ 1326(a), (b)(1). On May 15, 2024, he was sentenced to time served (about 156 days' imprisonment).

18. On May 17, 2024, AGUINAGA-GUERRERO was removed to Mexico via El Paso, Texas.

19. On May 5, 2025, ICE ERO Deportation Officers and assigned task force officers traveled to a residence in Canton, Michigan in search of a criminal alien with an approved Field Operations Worksheet. ICE ERO Deportation officers performed a vehicle stop near Honeytree Blvd in Canton, Michigan after observing a male matching the description of the targeted alien enter a black Honda CR-V. ICE ERO Deportation Officers encountered AGUINAGA-GUERRERO as the driver and questioned him about his immigration status. AGUINAGA-GUERRERO stated he is in the United States with no legal status. ICE ERO Deportation Officers arrested AGUINAGA-GUERRERO for probable cause to believe he is present in the United States illegally, transported him to the Detroit Field Office for processing.

20. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

21. On or about May 5, 2025, ICE ERO Deportation Officers reviewed immigration file records and Department of Homeland Security electronic records, which revealed that AGUINAGA-GUERRERO did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

22. Based on the above information, I believe there is probable cause to conclude that Carlos Andres AGUINAGA-GUERRERO is an alien who has previously been convicted of a felony offense and subsequently removed from the United States on or about May 17, 2024, at or near El Paso, Texas, and was thereafter found in the United States on or about May 5, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a), (b)(1).

_____
Scott Hall, Deportation Officer

Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
**Elizabeth A. Stafford**
United States Magistrate Judge